UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v. )<br>) No. 2:22-CR-101<br>BRANDON HOLLINS aka "Rayshine" ) JUDGE WYRICK/GREER<br>CHRISTOPHER LEE PARKER )<br>GARY AUSTIN LEWIS aka "G-Lewis" "G" )<br>DANIEL WADE aka "Danny Boy" )<br>KRISTA CHEYENNE BOOKER )<br>RAVEN SHANIECE WALTHALL )<br>DIONNA MAHALA FREEMAN )<br>RYAN MITCHELL HAIMERL aka "Hip Hop" )<br>HOWARD LEE WALLACE )<br>TONYA CHAUNDEL HAMMONDS )<br>THOMAS ANDREW PARRISH ) | |

## MOTION TO UNSEAL INDICTMENT

COMES NOW the United States of America, by and through the United States Attorney for the Eastern District of Tennessee, and respectfully requests that the Indictment and all other documents related to the Indictment be unsealed.

Respectfully submitted, this the 9th day of March, 2023.

                Respectfully submitted,

                FRANCIS M. HAMILTON III
                United States Attorney

    By:    /s/ Emily M. Swecker
            EMILY M. SWECKER
            Assistant United States Attorney
            TN BPR# 029401
            220 W. Depot Street, Suite 423
            Greeneville, Tennessee 37743
            Emily.Swecker@usdoj.gov